## MISCELLANEOUS ORDERS

**2004–2107. Disciplinary Counsel v. Goetz.**
This cause came before the court upon the filing of a report in the Office of the Clerk of this court by the Board on the Unauthorized Practice of Law.

IT IS ORDERED by the court, sua sponte, that this cause be remanded to the Board on the Unauthorized Practice of Law to supplement the reasons stated for its recommendation.